UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICHARD D. SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and RHODIA, INC. LONG TERM DISABILITY BENEFIT PLAN,<br><br>Defendants. | Case No. 1:07-cv-01542 AWI TAG<br><br>Hon. Theresa A. Goldner<br><br>ORDER CONTINUING DEADLINE TO SUBMIT SUPPLEMENTAL JOINT SCHEDULING REPORT |

The Court has reviewed the parties' stipulation and, good cause appearing, the Court hereby approves the parties' stipulation and continues the deadline to file the Supplemental Joint Scheduling Report to March 28, 2008.

IT IS SO ORDERED.

Dated: <u>March 14, 2008</u>   By: _____
United States Magistrate Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41217850.1