Glenn R. Kantor, State Bar No. 122643
e-mail: gkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
e-mail: psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff St.
Northridge, CA 91324
(818) 886-2525 (Tel)
(818) 350-6272 (Fax)

Attorneys for Plaintiff
Richard D. Sanders

Margaret Levy, State Bar No. 66585
email: mlevy@manatt.com
Joseph E. Laska, State Bar No. 221055
e-mail: jlaska@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
(310) 312-4000 (Tel)
(310) 312-4224 (Fax)

Attorneys for Defendants
Hartford Life & Accident Ins. Co. and
Rhodia Inc. Long Term Disability Benefit Plan

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. SANDERS, | Case No. 07 CV 01542 AWI-TAG |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY PRE-TRIAL SCHEDULING; ORDER |
| THE HARTFORD LIFE & ACCIDENT INSURANCE COMPANY; RHODIA, INC. LONG TERM DISABILITY BENEFIT PLAN, | |
| Defendants. | |

Plaintiff Richard D. Sanders ("Plaintiff") and Defendants Hartford Life & Accident Insurance Company ("Hartford") and Rhodia Inc. Long Term Disability Benefit Plan (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate to and request an order modifying the pre-trial scheduling of this matter as follows:

1.    This is a matter arising under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.* ("ERISA");

2.    In this matter, Plaintiff alleges that Defendants terminated his long term disability benefits in violation of the terms and conditions of the long term disability benefit plan established by his employer, Rhodia, Inc., of which he was a participant;

3.    Defendants contend that their termination of Plaintiff's benefits was proper under the terms and conditions of the Rhodia plan;

4.    United States Magistrate Judge Theresa A. Goldner conducted the scheduling conference in this matter on January 31, 2008;

5.    Following that conference, Judge Goldner issued a scheduling order on February 1, 2008 which included a pre-trial conference date of October 24, 2008;

6.    As a result, the parties' pre-trial statement is scheduled to be filed with the Court by October 14, 2008;

7.    The parties have scheduled private mediation in this matter on October 14, 2008 in Los Angeles, California with Denise Madigan of ADR Services, Inc.;

8.    The parties have conferred, and agree, that because this is an ERISA matter, there will be no live witness testimony and documentary evidence will be limited to the administrative record;

9.    Furthermore, there will be no expert witness testimony, little to no dispute as to evidentiary issues, and little to no dispute as to the damages at issue;

10.    This is the parties' first request for any scheduling modification and the modification requested will not affect the December 2, 2008 trial date.

1    WHEREFORE, in order to ease the burden on the parties and the Court, and to

2    streamline the litigation of this matter, the parties hereby stipulate (and request an

3    order) as follows:

4        1.    That the pre-trial conference and related pre-trial preparation dates,

5    including the preparation of the pre-trial order, be removed from the calendar.

6        2.    That in lieu of the previously set pre-trial schedule, the parties

7    simultaneously file trial briefs, and all evidence upon which they rely in their briefs,

8    on November 4, 2008, with opposing briefs simultaneously filed on November 18,

9    2008, with the originally set trial date to remain the same, December 2, 2008 at 8:30

10   a.m.

11       3.    If the Court is unwilling to remove the pre-trial conference and related

12   pre-trial preparation dates from the calendar, the parties alternatively propose that

13   those dates be continued for a short period in order to accommodate the mediation the

14   parties have scheduled on October 14, 2008.  In that event, the parties propose a new

15   pre-trial conference date of November 7, 2008.

16

17   Dated: October 8,, 2008                KANTOR & KANTOR, LLP

18

19                                By:    _/s/_ Peter S. Sessions_____

20                                       Peter S. Sessions
                                         Attorneys for Plaintiff
21                                       Richard D. Sanders

22   Dated: October 8,, 2008                MANATT, PHELPS & PHILLIPS, LLP

23

24                                By: /s/  Joseph E. Laska (as authorized on 10-07-08)

25                                       Joseph E. Laska
                                         Attorneys for Defendants
26                                       Hartford Life & Accident Ins. Co. and Rhodia
                                         Inc. Long Term Disability Benefit Plan
27

28

3

1

## ORDER

2      Having considered the parties' stipulation, and good cause appearing therefor,

3 the Court hereby orders as follows:

4      1.      The October 24, 2008 pre-trial conference and related pre-trial

5 preparation dates, including the preparation of the pre-trial order, are removed from

6 the calendar;

7      2.      In lieu of the previously set pre-trial schedule, the parties shall

8 simultaneously file trial briefs, and all evidence upon which they rely in their briefs,

9 on November 4, 2008, with opposing briefs simultaneously filed on November 18,

10 2008, with the originally set trial date to remain the same, December 2, 2008 at 8:30

11 a.m.

12

13 IT IS SO ORDERED.

14 **Dated:    October 8, 2008                    /s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28